UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MARIE E. KEE PAPA, | : |
| Plaintiff, | : |
| v. | : Case No.: 8:20-CV-02276 |
| UNIVERSITY COMMUNITY HOSPITAL, INC. d/b/a AdventHealth Tampa, | : |
| Defendant. | : |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Marie E. Kee Papa, and Defendant University Community Hospital, Inc. d/b/a AdventHealth Tampa ("Defendant"), being the only parties to this action, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(a)(1)(B), to the dismissal of this action with prejudice, with each party to bear its or her own costs and attorneys' fees, and request that the Court enter an Order in accordance with this stipulation.

**[Signature appears on next page]**

Respectfully submitted this 8th day of February, 2021.

| | |
|---|---|
| */s/ Jason B. Woodside* | */s/ Shane T. Muñoz* |
| Jason B. Woodside, Esq. | Shane T. Muñoz |
| Florida Bar No. | Florida Bar No.: 0067024 |
| Jason@woodsidelawpa.com | smunoz@fordharrison.com |
| Woodside Law, P.A. | Viktoryia Johnson |
| 100 South Ashley Drive | Florida Bar No. 554512 |
| Suite 600 | vjohnson@fordharrison.com |
| Tampa, FL 33602 | FordHarrison$^{LLP}$ |
| Telephone No.: (813) 606-4872 | 101 E. Kennedy Blvd., Suite 900 |
| Facsimile No.: (813) 333-9845 | Tampa, FL 33602 |
| | Telephone No.: (813) 261-7800 |
| *Attorney for Plaintiff* | Facsimile No.: (813) 261-7899 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

Jason B. Woodside, Esq.
Jason@woodsidelawpa.com
Woodside Law, P.A.
100 South Ashley Drive
Suite 600
Tampa, FL 33602

*/s/ Shane T. Muñoz*
Attorney

WSACTIVELLP:12006587.1